**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES KARON, derivatively on behalf of FACEBOOK, INC.<br><br>                Plaintiff(s),<br><br>v.<br><br>MARK ZUCKERBERG, et al.<br><br>                Defendant(s). | Case No: 4:18-CV-01929-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, Catherine Pratsinakis, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Movant Karen Sbriglio, Derivative Plaintiff in Delaware Action intervening in the above-entitled action. My local co-counsel in this case is Jennifer S. Coleman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Dilworth Paxson LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Hopkins & Carley, A Law Corporation<br>70 S. First Street<br>San Jose, CA 95113 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(215) 575-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 286-9800 |
| MY EMAIL ADDRESS OF RECORD:<br>cpratsinakis@dilworthlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jcoleman@hopkinscarley.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 88086.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: June 12, 2018                           /s/ Catherine Pratsinakis
                                                                                 APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Catherine Pratsinakis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/26/2018

                                                          /s/ Haywood S. Gilliam, Jr.
                                                 UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE
                                                 Hon. Haywood S. Gilliam, Jr.



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Catherine Pratsinakis, Esq.*

**DATE OF ADMISSION**

*November 29, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 30, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk